IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

MELVIN D. LAW, JR., M.D. )
)
v. ) NO. 3:05-1041
) JUDGE CAMPBELL
BRENDA C. LAW )

ORDER

Pending before the Court is Defendant's Motion to Dismiss or, in the Alternative, To Stay Pending the Disposition of the State Court Proceedings (Docket No. 15). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's claims for intentional infliction of emotional distress and negligent infliction of emotional distress are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE