IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

MELVIN D. LAW, JR., M.D.        )
                                )
v.                              ) NO. 3:05-1041
                                ) JUDGE CAMPBELL
BRENDA C. LAW                   )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 32). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The trial set for April 24, 2007, and the pretrial conference set for April 16, 2007, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE